# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HAMID ZAREI,

    Plaintiff(s),

v.

JAMES RIVER INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:19-cv-00394-APG-NJK

**Order**

To date, the parties have not filed a discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 2, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: April 30, 2019

Nancy J. Koppe
United States Magistrate Judge