# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HAMID ZAREI,

    Plaintiff

v.

JAMES RIVER INSURANCE COMPANY,

    Defendant

Case No.: 2:19-cv-00394-APG-NJK

**Order for Status**

    The parties advised the court they were participating in a mediation in early April, so I extended the deadline to file the proposed joint pretrial order to May 11, 2020. ECF No. 26.  The parties did not file the proposed joint pretrial order by that date, nor have they advised me that this case has settled.

    I THEREFORE ORDER that by May 20, 2020 the parties shall either file a proposed joint pretrial order, a stipulation of dismissal, or a status report regarding settlement.

    DATED this 13th day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE