LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAMID ZAREI, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, a foreign entity; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00394-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, HAMID ZAREI, by and through his attorney of record, Sam R. Heidari, Esq., and Jason F. Lather, Esq., with the Heidari Law Group and Dennis Prince, Esq., and Kevin Strong, Esq., of the Prince Law Group, and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER INSURANCE

1156.490  4827-0091-2059.1

COMPANY be dismissed, with prejudice, the parties to each bear their own fees and costs.

Dated this 14th day of May, 2020.

BREMER WHYTE BROWN
& O'MEARA, LLP

 /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 14th day of May 2020.

HEIDARI LAW GROUP

 /s/ Jason F. Lather
Sam R. Heidari, Esq.
Nevada Bar No. 13347
Jason F. Lather, Esq.
Nevada Bar No. 12607
Attorneys for Plaintiff,
Hamid Zarei

## ORDER

### IT IS SO ORDERED:

Dated: 5/14/2020

_____
**UNITED STATES DISTRICT JUDGE**

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:19-cv-00394-APG-NJK was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

 /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

2

1156.490  4827-0091-2059.1